**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **St Anthony's Nursing and Rehabilitation Center, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2668508** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **300 Saunders Rd., Ste. 300**<br>**Riverwoods, IL 60015**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lake**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **St Anthony's Nursing and Rehabilitation Center, LLC**                          Case number (*if known*) _____
     Name

---

**7.  Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>6231</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

| | |
|---|---|
| Debtor | **St Anthony's Nursing and Rehabilitation Center, LLC** |
| | Name |

Case number *(if known)* _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **St Anthony's Nursing and Rehabilitation Center, LLC**                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Debtor   **St Anthony's Nursing and Rehabilitation Center, LLC**                    Case number (*if known*) _____
Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 21, 2023**
              MM / DD / YYYY

X **/s/ Suzanne Koenig**                                **Suzanne Koenig**
  Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ E. Philip Groben**                              Date  **August 21, 2023**
  Signature of attorney for debtor                              MM / DD / YYYY

**E. Philip Groben 6299914**
Printed name

**Gensburg Calandriello & Kanter, P.C.**
Firm name

**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 263-2200**        Email address _____

**6299914 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **St Anthony's Nursing and Rehabilitation Center, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 21, 2023**            X **/s/ Suzanne Koenig**
                                              Signature of individual signing on behalf of debtor

                                              **Suzanne Koenig**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **St Anthony's Nursing and Rehabilitation Center, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................... $     **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. $     **5,779.24**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................... $     **5,779.24**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **1,101,626.65**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **13,779.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **5,098,494.61**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b      $     **6,213,900.26**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **St Anthony's Nursing and Rehabilitation Center, LLC** | |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) _____ | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| **Old Second Bank** **Funds being held for benefit of Keshra Financial, LLC** **See Statement of Financial Affairs No.** 3.1. **21** | Checking | 5753 | $5,779.24 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $5,779.24 |
   |---|

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:      Investments

13. **Does the debtor own any investments?**

| Debtor | **St Anthony's Nursing and Rehabilitation Center, LLC** | Case number *(If known)* |
|--------|------------------------------------------------|--------------------------|
|        | Name                                           |                          |

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:        Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:       Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:       All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **St Anthony's Nursing and Rehabilitation Center, LLC**    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,779.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,779.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,779.24 |

**Fill in this information to identify the case:**

Debtor name __**St Anthony's Nursing and Rehabilitation Center, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1 Community Physical Therapy**

Creditor's Name

Describe debtor's property that is subject to a lien

**$1,101,626.65** | **$0.00**

**2171 Executive Dr #500**
**Addison, IL 60101**

Creditor's mailing address

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,101,626.65** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 | |
|---|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| **Stuart P. Krauskopf**<br>**414 N. Orleans St., Ste. 210**<br>**Chicago, IL 60654** | Line __**2.1**__ | **0469** |

Fill in this information to identify the case:

Debtor name  **St Anthony's Nursing and Rehabilitation Center, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,779.00** | **Unknown** |
| **HFS/Bureau Of Fiscal Operations** <br> **PO BOX 19491** <br> **Springfield, IL 62794-9491** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |

|  | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| **Illinois Department of Revenue** <br> **101 W. Jefferson St.** <br> **Springfield, IL 62702** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> **Notice Purposes Only** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No <br> ☐ Yes | | |

| Debtor | **St Anthony's Nursing and Rehabilitation Center, LLC** | Case number *(if known)* | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Notice Purposes Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.50 |
| | **A & A Air Cond & Refrigeration Inc.** | ☐ Contingent | |
| | **201 48th Street** | ☐ Unliquidated | |
| | **Moline, IL 61265** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $521.34 |
| | **Ability Network Inc.** | ☐ Contingent | |
| | **PO BOX 856015** | ☐ Unliquidated | |
| | **Minneapolis, MN 55485-6015** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $767.00 |
| | **Advanced Medical Transport** | ☐ Contingent | |
| | **1207 11th St W** | ☐ Unliquidated | |
| | **Milan, IL 61264** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236,972.47 |
| | **AEGIS Therapies Inc.** | ☐ Contingent | |
| | **430 30th Ave** | ☐ Unliquidated | |
| | **East Moline, IL 61244** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |
| | **Airways Inc.** | ☐ Contingent | |
| | **2015 4th Ave.** | ☐ Unliquidated | |
| | **Rock Island, IL 61201** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |
|---|---|---|---|

**Airwayz Inc.**
**9510 200th St**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.47** |
|---|---|---|---|

**Alco Sales & Service Co.**
**6851 High Grove Blvd.**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,690.86** |
|---|---|---|---|

**Altorfer Inc.**
**PO BOX 809629**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,585.68** |
|---|---|---|---|

**American Health Associates**
**671 Ohio Pike B/C**
**Cincinnati, OH 45245-2136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,416.00** |
|---|---|---|---|

**AmTrust North America**
**PO BOX 6939**
**Cleveland, OH 44101-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.86** |
|---|---|---|---|

**Ascentium Capital LLC**
**PO BOX 11407**
**Birmingham, AL 35246-3059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.00** |
|---|---|---|---|

**Assurance**
**20 North Martingale Rd.**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **St Anthony's Nursing and Rehabilitation Center, LLC**    Case number *(if known)* _____
        Name

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,253.36 |
|---|---|---|---|

**AT&T**
**PO BOX 5094 AT&T**
**Carol Stream, IL 30197-5094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.00 |
|---|---|---|---|

**B&B Drain Tech QC, Inc.**
**630 W 2nd Ave.**
**Milan, IL 61264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,345.00 |
|---|---|---|---|

**Bionix Development Corp.**
**1670 Indian Wood Circle**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Cardiovascular Medicine**
**1236 E Rusholme St, Suite 300**
**Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,910.86 |
|---|---|---|---|

**Centers for Medicare & Medicaid Ser**
**Division of Premium Billing &Collec**
**7500 SecurityBoulevard,  C3-11-03**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**CLIA Laboratory Program**
**PO Box 3056**
**Portland, OR 97208-3056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,349.08 |
|---|---|---|---|

**Compu-Solutions Inc.**
**4180 IL Route 83 Suite 208A**
**Long Grove, il 60047**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **St Anthony's Nursing and Rehabilitation Center, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$714.39** |
| --- | --- | --- |
| **COTG** <br> **3 Territorial Court** <br> **Bolingbrook, IL 60440** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.21**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$167.17** |
| --- | --- | --- |
| **Culligan of Davenport** <br> **701 W 76th St** <br> **Davenport, IA 52806** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.22**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,277.00** |
| --- | --- | --- |
| **Cynthia Chow & Associates LLC** <br> **5061 N Pulaski Rd, Suite 300** <br> **Chicago, IL 60630** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.23**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,154.45** |
| --- | --- | --- |
| **Daniels Sharpsmart, Inc.** <br> **PO Box 735290** <br> **Dallas, TX 75373-5290** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.24**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,305.00** |
| --- | --- | --- |
| **Dept. Health & Human Services** <br> **CMS-Chicago, Survey & Operations** <br> **233 North Michigan Avenue, Suite 60** <br> **Chicago, IL 60601** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.25**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,120.00** |
| --- | --- | --- |
| **Ecolab Inc.** <br> **PO BOX 70343** <br> **Chicago, IL 60673** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.26**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |
| **Estate of David Chelf** <br> **c/o Juanita Chelf as Indep. Admin.** <br> **2271 52nd Ave.** <br> **Moline, IL 61265** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** **3LA3** | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.85 |
|---|---|---|---|

FedEx
PO Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.00 |
|---|---|---|---|

FIRM Systems
6 Lawrence Sq
Springfield, IL 62704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.25 |
|---|---|---|---|

Framework IT
700 N Sacramento Blvd, Suite 101
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,231.20 |
|---|---|---|---|

Freedomcare
8918 Spanish Ridge Ave, Suite 200
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,760.64 |
|---|---|---|---|

Future Wave Tech, Inc
4180 IL Route 83
Long Grove, IL 60047

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,304.30 |
|---|---|---|---|

Genesis Medical Center
1227 E Rusholme St
Davenport, IA 52803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,666.04 |
|---|---|---|---|

Genesis Medical Center Illinois
801 Illini Drive
Silvis, IL 61282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.54 |
|---|---|---|---|

**Grainger**
**Grainger Dept 200-802686097**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,707.25 |
|---|---|---|---|

**GrapeTree Medical Staffing LLC**
**2501 Boji Bend Dr, Suite 100**
**Milford, IA 51351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.59 |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**PO BOX 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,120.00 |
|---|---|---|---|

**Health Care Council of Illinois**
**1201 S 4th St**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,000.00 |
|---|---|---|---|

**Healthcare and Family Services-BLTC**
**PO BOX 19491**
**Springfield, IL 62794-9491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.50 |
|---|---|---|---|

**Howard & Howard Attorneys PLLC**
**7707 N Knoxville Ave, Suite 200**
**Peoria, IL 61614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**Illinois State Police**
**260 North Chicago Street**
**Joliet, IL 64032-4075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**
**IPR Tech Group, LLC**
**25 S Grove Ave, Suite 501**
**Elgin, IL 60120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,938.49**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Juanita Chelf**
**c/o Zimmerle Law, P.C.**
**2271 52nd Ave.**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number  **3LA3**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Keshra Financial, LLC**
**8702 Native Dancer Rd. N.**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,779.24**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Kone Inc.**
**1801 River Dr**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,410.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**MAC RX, LLC**
**2307 S Mount Prospect Rd**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29,875.31**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Medline Industries, Inc.**
**Dept CH 14400**
**Palatine, IL 60055-4400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31,275.58**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Mid-States Heat Services, Inc.**
**3900 2nd Ave**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,082.85**

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,042.99 |
|---|---|---|---|
| | **MidAmerican Energy Co.**<br>**PO BOX 8020**<br>**Davenport, IA 52808-8020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,595.48 |
|---|---|---|---|
| | **Midwest Alarm Services**<br>**5424 Tremont Ave**<br>**Davenport, IA 52807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,793.88 |
|---|---|---|---|
| | **Millennium Waste Inc.**<br>**13606 Knoxville Rd**<br>**Milan, IL 61264-5067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,344.92 |
|---|---|---|---|
| | **Miracle-Ear**<br>**3819 16th St**<br>**Moline, IL 61265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.30 |
|---|---|---|---|
| | **MTS Consulting, LLC**<br>**2923 West Lunt Ave.**<br>**Chicago, IL 60645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,283.84 |
|---|---|---|---|
| | **Northwest Mechanical Inc.**<br>**PO BOX 2708**<br>**Davenport, IA 52809-2708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.69 |
|---|---|---|---|
| | **Nu-Trend Accessibility Systems**<br>**1808 34th St**<br>**Moline, IL 61265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,631.15**

ORA Orthopedics PC
520 Valley View Drive #100
Moline, IL 61265

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00**

Personnel Planners Inc.
913 W Van Buren #3
Chicago, IL 60607

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,619.43**

PointClickCare
PO BOX 674802
Detroit, MI 48267-4802

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Polsinelli
150 N Riverside Plaza, Suite 3000
Chicago, IL 60606

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,739.60**

Presto X
201 Broadway, PO Box 552
West Burlington, IA 52655

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,437.39**

R L Specialty
2420 East Oakton St
Arlington Heights, IL 60005

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00**

Rachel May
3701 Oakwood Dr
Bettendorf, IA 52722

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,101,927.79 |
|---|---|---|---|

**SAK Management Services LLC**
**300 Saunders Road., Ste. 300**
**Riverwoods, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,506.39 |
|---|---|---|---|

**Scrubs On Wheels**
**1730 Gateway court**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,258.00 |
|---|---|---|---|

**SocialWork Consultation Group Inc.**
**1104 Hunter Road**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.13 |
|---|---|---|---|

**Staples Business Credit**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,284.38 |
|---|---|---|---|

**State Industrial-chemical**
**5915 Landerbrook Drive, Suite 300**
**Mayfield Heights, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.00 |
|---|---|---|---|

**Stuard & Associates, Inc**
**7500 N Blue Heron Dr**
**Unionville, IN 47468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|

**Suzanne Koenig**
**300 Saunders Rd., Ste. 300**
**Riverwoods, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|
| **The Center for Neurosciences LLC**<br>4370 7th St<br>Moline, IL 61265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,360.08 |
|---|---|---|
| **The Home Depot Pro**<br>PO BOX 2317<br>Jacksonville , FL 32203-2317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.33 |
|---|---|---|
| **The Sherwin-Williams Co.**<br>4011 Avenue of the cities<br>Moline, IL 61265-4425 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,803.62 |
|---|---|---|
| **Tri-State Fire Control Inc.**<br>2316 4th AVE<br>Moline, IL 61265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,768.00 |
|---|---|---|
| **Trinity Medical Center**<br>2701 17th St<br>Rock Island, IL 61201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.52 |
|---|---|---|
| **Trophy World**<br>1830 34th Street<br>Moline, IL 61265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,457.50 |
|---|---|---|
| **Unlimited Advacare Inc.**<br>23828 Network Place<br>Chicago, IL 60673-1238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.00 |
|---|---|---|---|

**Urological Associates**
**Spring Medical Park, 3319 Spring St**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.99 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 498**
**Newark, NJ 07101-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,265.59 |
|---|---|---|---|

**Xerox Financial Services LLC**
**PO BOX 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,852.50 |
|---|---|---|---|

**ZipRecruiter Inc.**
**604 Arizona Ave**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Advacre Systems, Inc.**<br>**c/o Bill and Gaines, P.C.**<br>**775 Corporate Woods Parkway**<br>**Vernon Hills, IL 60061** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **SWK Attorneys at Law**<br>**500 Skokie Blvd., Ste. 600**<br>**Northbrook, IL 60062** | Line **3.78**<br><br>☐ Not listed. Explain ____ | **0121** |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 13,779.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,098,494.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,112,273.61 |

**Fill in this information to identify the case:**

Debtor name     **St Anthony's Nursing and Rehabilitation Center, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**St Anthony's Nursing and Rehabilitation Center, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street<br>_____<br>City State Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____ Street<br>_____<br>City State Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____ Street<br>_____<br>City State Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____ Street<br>_____<br>City State Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **St Anthony's Nursing and Rehabilitation Center, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$3,606,340.87** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$6,019,577.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number *(if known)* _____ |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<h3>Part 3:    Legal Actions or Assignments</h3>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CompuSolutions Incoporated v. St. Anthony's Nursing and Rehabilitation Center, LLC 22LA00000185** | **Collection** | **Circuirt Court of Lake County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Cynthia Chow and Associates v. St. Anthony's Nrsg and Rehab Center** | **Collection** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Medline Industries v. St. Anthony's Nursing and Rehabilitation Center, LLC** | **Collection** | **Circuit Court of Cook County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Grapetree Medical Staffing v. St. Anthony's Nursing and Rehabilitation Center, LLC** | **Collection** | **Iowa District Court for Dickinson County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Juanita Chelf v. St. Anthony's Nursing and Rehabilitation Center, LLC 2023LA3** | **Wrongful Death** | **Circuit Court of Rock Island County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **St Anthony's Nursing and Rehabilitation Center, LLC**          Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6.  **Xerox Financial Services LLC vs. St. Anthony's Nursing and Rehabilitation Center, LLC** **2023AR0121** | **Collection** | **Circuirt Court of Lake County** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.7.  **Community Physical Therapy & Associates, Ltd. v. St. Anthonys Nursing & Rehabilitation Center** **2022-LA-0469** | **Collection** | **Circuit Court of DuPage County** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.8.  **HD Supply Facilities Maintenance v. St. Anthony's Nursing and Rehabilitation Center** | | | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss   If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.   List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **St Anthony's Nursing and Rehabilitation Center, LLC**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gensburg Caladriello & Kanter, P.C. 200 W. Adams St., Ste. 2425 Chicago, IL 60606** | | **August 21, 2023** | **$3,200.00** |
| | Email or website address **www.gcklegal.com** | | | |
| | Who made the payment, if not debtor? **Suzanne Koenig** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Keshra Financial, LLC 8702 Native Dancer Rd. N. Palm Beach Gardens, FL 33418** | **Sale of the Debtor's right, title, and interest in all assets to Keshra Finanical, LLC in accordance with a Deed in Lieu of Foreclosure Agreement between St. Anthony's Property Partners, LLC and Keshra Financial, LLC.** | **April 7, 2022** | **Unknown** |
| | Relationship to debtor **None** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **767 30th Street Rock Island, IL 61201** | **to April 7, 2022** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **St Anthony's Nursing and Rehabilitation Center, LLC**                    Case number *(if known)* _____

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | St Anthony's Nursing and Rehabilitation 767 30th Street Rock Island, IL 61201 | **Nursing and Rehabilitation** | n/a |

| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|---|
| | | **All patient records were transferred to Keshra Financial, LLC as part of the sale of Debtor's assets in 2022.** | *Check all that apply:* ■ Electronically ■ Paper |

---

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**The Debtor collected personally identifiable information for billing purposes.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank 8411 18th Ave. Rock Island, IL 61201** | XXXX-3551 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 8/11/2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    St Anthony's Nursing and Rehabilitation Center, LLC                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **SAK Management Services, LLC**<br>**300 Saunders Road, Ste. 300**<br>**Riverwoods, IL 60015** | **Employees of SAK Management Services, LLC** | **Books and records of St Anthony's Nursing and Rehabilitation Center, LLC.** | ☐ No<br>■ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Keshra Financial, LLC**<br>**8702 Native Dancer Rd. N.**<br>**Palm Beach Gardens, FL 33418** | **Old Second Bank**<br>**37 S. River St.**<br>**Aurora, IL 60506** | **All funds within Debtor's Old Second Bank account ending x5753.** | $5,779.24 |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor   **St Anthony's Nursing and Rehabilitation Center, LLC**                     Case number *(if known)*

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Cohnreznick LLP<br>c/o Patrick Olerich<br>200 South Wacker Dr., Ste 2600<br>Chicago, IL 60606** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Cohnreznick LLP<br>c/o Patrick Olerich<br>200 South Wacker Dr., Ste 2600<br>Chicago, IL 60606** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **SAK Management Services, LLC<br>300 Saunders Road, Ste. 300<br>Riverwoods, IL 60015** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **SAK Management Services, LLC<br>300 Saunders Road, Ste. 300<br>Riverwoods, IL 60015** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor   **St Anthony's Nursing and Rehabilitation Center, LLC**                    Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.1. | **Keshra Financial, LLC**<br>**8702 Native Dancer Rd. N.**<br>**Palm Beach Gardens, FL 33418** |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Rachel May** | **Q1 2022** | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **St Anthony's Nursing and Rehabilitation**<br>**767 30th Street**<br>**Rock Island, IL 61201** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Suzanne Koenig** | **300 Saunders Rd., Ste. 300**<br>**Riverwoods, IL 60015** | **Managing Member** | **90.1** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Weintraub** | **465 Central Ave., #100**<br>**Northfield, IL 60093** | **Member** | **9.9** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | St Anthony's Nursing and Rehabilitation Center, LLC | Case number *(if known)* | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2023**

**/s/ Suzanne Koenig**                                              **Suzanne Koenig**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **St Anthony's Nursing and Rehabilitation Center, LLC**                     Case No.
                                                                Debtor(s)      Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **3,200.00** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **3,200.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):   **Suzanne Koenig**

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **August 21, 2023** | **/s/ E. Philip Groben** |
| *Date* | **E. Philip Groben 6299914** |
| | *Signature of Attorney* |
| | **Gensburg Calandriello & Kanter, P.C.** |
| | **200 W. Adams St., Ste. 2425** |
| | **Chicago, IL 60606** |
| | **(312) 263-2200   Fax: (312) 263-2242** |
| | *Name of law firm* |



WRITER'S DIRECT EMAIL:
mgensburg@gcklegal.com

August 17, 2023

VIA EMAIL TO skoenig@sakhealthcare.com
PRIVILEGED & CONFIDENTIAL

St. Anthonys Nursing & Rehabilitation Center, LLC
Attn:  Ms. Suzanne Koenig
300 Saunders Road, Suite 300
Riverwoods, Illinois 60015

> **Re:    Retention of Gensburg Calandriello & Kanter, P.C. as counsel for St. Anthonys Nursing & Rehabilitation Center, LLC (the "Client") with respect to a potential Chapter 7 Bankruptcy for Client**

Dear Ms. Koenig:

This letter will confirm that you have requested GCK to act as counsel for St. Anthony's Nursing & Rehabilitation Center, LLC in connection with the preparation, filing, and representation in a voluntary bankruptcy filing under Chapter 7 of the Bankruptcy Code (the "**Matter**").  It is our practice when asked to represent a client on a new matter to confirm in writing the fee arrangement for our services and any particular understanding regarding those services.

Services to be provided under this engagement include the following: review of documents provided by Client in preparation of the filing of the Chapter 7 petition, preparing and filing of the Client's petition, schedules, and documents related to the voluntary petition; representing the Client at the first meeting of creditors; representing the Client before the Bankruptcy Court on motions to modify the automatic stay; and corresponding with the Client, the Trustee, and creditors as necessary.

Services which are not provided for under this engagement include: filing or defending adversarial proceedings brought by or against the Client or any of its officers or managers; including, but not limited to, complaints asserting avoidance actions under Sections 547 or 548 of the Bankruptcy Code, responses or production related to discovery motions brought under Bankruptcy Rule 2004 or discovery procedures generally, and contested motions not listed above.  Costs and fees which are not provided for under this retention include expert witnesses, investigators, court reports, transcriptions of oral testimony, etc.

St. Anthonys Nursing & Rehabilitation Center, LLC
Attn:  Ms. Suzanne Koenig
August 17, 2023
Page 2

Fees for services and costs will be billed at the customary rate set by GCK.  My hourly rate is $450.00 and other personnel rates range from $150.00 to $500.00.  Phil Groben's hourly rate is $345.00.  GCK reserves the right to increase our rates annually and to request additional retainer fees in the future should we deem same to be necessary in our discretion.  Due to the many variables involved in representing the Client, we are unable to estimate the total fees which may be incurred under any hourly agreement.  However, we will endeavor to provide any such services to the Client in as economical and efficient manner as possible.

Based on the nature of the representation, at this time, we are requesting an advance payment retainer of $3,200.00.  We ask that the Retainer balance be maintained at that level and our monthly statements will reflect the balance necessary to maintain that amount.  The Client and Suzanne Koenig agree that (i) the retainer paid to GCK shall constitute a full, complete and immediate transfer of ownership of the retainer to GCK, (ii) the retainer shall, upon transfer, become property of GCK, and shall be deemed an absolute transfer, and (iii) GCK shall not be required to place the retainer in an escrow account or similar segregated account and such retainer may be treated as income to GCK upon receipt.  However, in the event the amount of the retainer exceeds our time spent on the matter, we will refund to you the unused portion of the retainer.

It is understood that GCK made no promises regarding the outcome of the Matter, except to commit that our firm shall render its best possible professional skills on its behalf.  The Client agrees to cooperate with and assist us in a timely and reasonable manner, and to provide true and accurate information and documents as we may require.  The Client also agrees to make itself reasonably available to meet and/or speak telephonically as the need arises.  Suzanne Koenig will be our contact person for purposes of this engagement.  Nothing in this letter or any statements by our staff or attorneys constitute a promise or guarantee of success in achieving any desired outcome.

As is commonly our practice when representing a closely held company, this letter shall confirm that Suzanne Koenig, as a member and the manager of the Client, agrees to joint and several liability for all legal fees and costs incurred in connection with our representation of the Client.

If the above described terms of our engagement are acceptable to the Client, please acknowledge its acceptance by signing and dating this letter where indicated below, and returning the letter to me along with the requested retainer.  Facsimile or email signatures shall be given the same force and effect as original signatures.  Should you have any questions, comments, or concerns, please do not hesitate to call.

St. Anthonys Nursing & Rehabilitation Center, LLC
Attn: Ms. Suzanne Koenig
August 17, 2023
Page 3

   We look forward to the opportunity to be of service.

       Very truly yours,

       GENSBURG CALANDRIELLO & KANTER, P.C.

    By: *Matthew T. Gensburg*
       Matthew T. Gensburg

MTG/km
cc: Jennifer Meyerowitz, Esq.

**AGREED**:

ST. ANTHONYS NURSING & REHABILITATION CENTER, LLC

By: _____  Date: August __20__, 2023

_____  Date: August __20__, 2023
SUZANNE KOENIG

# United States Bankruptcy Court
### Northern District of Illinois

In re   __St Anthony's Nursing and Rehabilitation Center, LLC__        Case No. _____

Debtor(s)       Chapter    __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        _____ **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __August 21, 2023_____         __/s/ Suzanne Koenig_____
                                                        **Suzanne Koenig/Manager**
                                                        Signer/Title

A & A Air Cond & Refrigeration Inc.
201 48th Street
Moline, IL 61265


Ability Network Inc.
PO BOX 856015
Minneapolis, MN 55485-6015


Advacre Systems, Inc.
c/o Bill and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061


Advanced Medical Transport
1207 11th St W
Milan, IL 61264


AEGIS Therapies Inc.
430 30th Ave
East Moline, IL 61244


Airways Inc.
2015 4th Ave.
Rock Island, IL 61201


Airwayz Inc.
9510 200th St
Davenport, IA 52804


Alco Sales & Service Co.
6851 High Grove Blvd.
Burr Ridge, IL 60527


Altorfer Inc.
PO BOX 809629
Chicago, IL 60680


American Health Associates
671 Ohio Pike B/C
Cincinnati, OH 45245-2136


AmTrust North America
PO BOX 6939
Cleveland, OH 44101-1939

Ascentium Capital LLC
PO BOX 11407
Birmingham, AL 35246-3059


Assurance
20 North Martingale Rd.
Schaumburg, IL 60173


AT&T
PO BOX 5094 AT&T
Carol Stream, IL 30197-5094


B&B Drain Tech QC, Inc.
630 W 2nd Ave.
Milan, IL 61264


Bionix Development Corp.
1670 Indian Wood Circle
Maumee, OH 43537


Cardiovascular Medicine
1236 E Rusholme St, Suite 300
Davenport, IA 52803


Centers for Medicare & Medicaid Ser
Division of Premium Billing &Collec
7500 SecurityBoulevard, C3-11-03
Windsor Mill, MD 21244


CLIA Laboratory Program
PO Box 3056
Portland, OR 97208-3056


Community Physical Therapy
2171 Executive Dr #500
Addison, IL 60101


Compu-Solutions Inc.
4180 IL Route 83 Suite 208A
Long Grove, il 60047


COTG
3 Territorial Court
Bolingbrook, IL 60440

Culligan of Davenport
701 W 76th St
Davenport, IA 52806


Cynthia Chow & Associates LLC
5061 N Pulaski Rd, Suite 300
Chicago, IL 60630


Daniels Sharpsmart, Inc.
PO Box 735290
Dallas, TX 75373-5290


Dept. Health & Human Services
CMS-Chicago, Survey & Operations
233 North Michigan Avenue, Suite 60
Chicago, IL 60601


Ecolab Inc.
PO BOX 70343
Chicago, IL 60673


Estate of David Chelf
c/o Juanita Chelf as Indep. Admin.
2271 52nd Ave.
Moline, IL 61265


FedEx
PO Box 94515
Palatine, IL 60094-4515


FIRM Systems
6 Lawrence Sq
Springfield, IL 62704


Framework IT
700 N Sacramento Blvd, Suite 101
Chicago, IL 60612


Freedomcare
8918 Spanish Ridge Ave, Suite 200
Las Vegas, NV 89148


Future Wave Tech, Inc
4180 IL Route 83
Long Grove, IL 60047

Genesis Medical Center
1227 E Rusholme St
Davenport, IA 52803


Genesis Medical Center Illinois
801 Illini Drive
Silvis, IL 61282


Grainger
Grainger Dept 200-802686097
Palatine, IL 60038


GrapeTree Medical Staffing LLC
2501 Boji Bend Dr, Suite 100
Milford, IA 51351


HD Supply Facilities Maintenance
PO BOX 509058
San Diego, CA 92150-9058


Health Care Council of Illinois
1201 S 4th St
Springfield, IL 62703


Healthcare and Family Services-BLTC
PO BOX 19491
Springfield, IL 62794-9491


HFS/Bureau Of Fiscal Operations
PO BOX 19491
Springfield, IL 62794-9491


Howard & Howard Attorneys PLLC
7707 N Knoxville Ave, Suite 200
Peoria, IL 61614


Illinois Department of Revenue
101 W. Jefferson St.
Springfield, IL 62702


Illinois State Police
260 North Chicago Street
Joliet, IL 64032-4075

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IPR Tech Group, LLC
25 S Grove Ave, Suite 501
Elgin, IL 60120


Juanita Chelf
c/o Zimmerle Law, P.C.
2271 52nd Ave.
Moline, IL 61265


Keshra Financial, LLC
8702 Native Dancer Rd. N.
Palm Beach Gardens, FL 33418


Kone Inc.
1801 River Dr
Moline, IL 61265


MAC RX, LLC
2307 S Mount Prospect Rd
Des Plaines, IL 60018


Medline Industries, Inc.
Dept CH 14400
Palatine, IL 60055-4400


Mid-States Heat Services, Inc.
3900 2nd Ave
Moline, IL 61265


MidAmerican Energy Co.
PO BOX 8020
Davenport, IA 52808-8020


Midwest Alarm Services
5424 Tremont Ave
Davenport, IA 52807


Millennium Waste Inc.
13606 Knoxville Rd
Milan, IL 61264-5067

Miracle-Ear
3819 16th St
Moline, IL 61265


MTS Consulting, LLC
2923 West Lunt Ave.
Chicago, IL 60645


Northwest Mechanical Inc.
PO BOX 2708
Davenport, IA 52809-2708


Nu-Trend Accessibility Systems
1808 34th St
Moline, IL 61265


ORA Orthopedics PC
520 Valley View Drive #100
Moline, IL 61265


Personnel Planners Inc.
913 W Van Buren #3
Chicago, IL 60607


PointClickCare
PO BOX 674802
Detroit, MI 48267-4802


Polsinelli
150 N Riverside Plaza, Suite 3000
Chicago, IL 60606


Presto X
201 Broadway, PO Box 552
West Burlington, IA 52655


R L Specialty
2420 East Oakton St
Arlington Heights, IL 60005


Rachel May
3701 Oakwood Dr
Bettendorf, IA 52722

SAK Management Services LLC
300 Saunders Road., Ste. 300
Riverwoods, IL 60015


Scrubs On Wheels
1730 Gateway court
Elkhart, IN 46514


SocialWork Consultation Group Inc.
1104 Hunter Road
Glenview, IL 60025


Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638


State Industrial-chemical
5915 Landerbrook Drive, Suite 300
Mayfield Heights, OH 44124


Stuard & Associates, Inc
7500 N Blue Heron Dr
Unionville, IN 47468


Stuart P. Krauskopf
414 N. Orleans St., Ste. 210
Chicago, IL 60654


Suzanne Koenig
300 Saunders Rd., Ste. 300
Riverwoods, IL 60015


SWK Attorneys at Law
500 Skokie Blvd., Ste. 600
Northbrook, IL 60062


The Center for Neurosciences LLC
4370 7th St
Moline, IL 61265


The Home Depot Pro
PO BOX 2317
Jacksonville , FL 32203-2317

The Sherwin-Williams Co.
4011 Avenue of the cities
Moline, IL 61265-4425


Tri-State Fire Control Inc.
2316 4th AVE
Moline, IL 61265


Trinity Medical Center
2701 17th St
Rock Island, IL 61201


Trophy World
1830 34th Street
Moline, IL 61265


Unlimited Advacare Inc.
23828 Network Place
Chicago, IL 60673-1238


Urological Associates
Spring Medical Park, 3319 Spring St
Davenport, IA 52807


Verizon Wireless
PO Box 498
Newark, NJ 07101-0489


Xerox Financial Services LLC
PO BOX 202882
Dallas, TX 75320-2882


ZipRecruiter Inc.
604 Arizona Ave
Santa Monica, CA 90401

# United States Bankruptcy Court
## Northern District of Illinois

In re    St Anthony's Nursing and Rehabilitation Center, LLC

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   St Anthony's Nursing and Rehabilitation Center, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 21, 2023**

Date

/s/ E. Philip Groben

**E. Philip Groben 6299914**

Signature of Attorney or Litigant

Counsel for   St Anthony's Nursing and Rehabilitation Center, LLC

**Gensburg Calandriello & Kanter, P.C.**
**200 W. Adams St., Ste. 2425**
**Chicago, IL 60606**
**(312) 263-2200 Fax:(312) 263-2242**